IN THE UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

SHERRY GROOVER AND
TREY JONES                                                                PLAINTIFFS

VERSUS                                         CIVIL ACTION NO. 3:08-CV-167 TSL-JCS

BROOKWAY CORPORATION D/B/A
PAUL BARNETT NISSAN; PAUL BARNETT;
CORPORATIONS A-G; JANE DOES A-G; AND
JOHN DOES A-G                                                             DEFENDANTS

ORDER OF DISMISSAL

Before the Court is Plaintiffs' Motion to Dismiss. Having considered the motion, and noting that no party contests the motion, this Court finds that it should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that the claims of Trey Jones should be dismissed with prejudice, and the claims of Sherry Groover should be dismissed, without prejudice, to arbitration pursuant to the Order of the Chancery Court of Lincoln County and the separate agreement of the parties.

SO ORDERED this the 24th of April, 2009.

                                                  /s/Tom S. Lee
                                                District Court Judge

SUBMITTED BY:


  /s/ Brian A. Clark
BRIAN A. CLARK (100736)
*Counsel for the Plaintiffs*

OF COUNSEL:
THIGPEN & CLARK
16 Northtown Drive, Suite 204
Jackson, Mississippi 39211
Phone: (601) 957-7776
Fax: (601) 957-7769

JOHN KITCHENS, ESQ.
KITCHENS & ELLIS
Post Office Box 799
Crystal Springs, Mississippi 39059
Phone: (601) 892-3067
Fax: (601) 892-3057